HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYLE PREVEY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITEDHEALTHCARE OF WASHINGTON, INC.; RIGHT! SYSTEMS, INC. HEALTH PLAN,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-01141<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Noted for Hearing: September 14, 2021<br>Without Oral Argument |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Extension of Time for Defendants to Respond to Plaintiff's Complaint, made pursuant to Fed. R. Civ. P. 6(b)(1)(A). Having reviewed the Motion, and for the reasons set forth therein and for good cause shown, the Court hereby GRANTS the Motion. Defendants shall have to and including October 21, 2021 to move, answer, or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED**

DATED this 15th day of September 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT UMH TO RESPOND TO THE COMPLAINT - 1
CASE NO. 2:21-cv-01141
115616.0089/8660589.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1  Presented by:

2  LANE POWELL PC

3  By: */s/ Laura Marquez-Garrett*
       Barbara J. Duffy, WSBA No. 18885
4      Laura R. Marquez-Garrett, WSBA No. 41010
       duffyb@lanepowell.com
5      garrettl@lanepowell.com

6
   *Attorneys for Defendant UnitedHealthcare
7  of Washington, Inc.*

8

9  KANTOR & KANTOR, LLP

10
   By: */s/ Elizabeth K. Green*
11     Stacy Monahan Tucker, WSBA #43449
       Elizabeth K. Green (*admitted pro hac vice*)
12     19839 Nordhoff Street
       Northridge, California 91324
13     Telephone: 818.886.2525
       stucker@kantorlaw.net
14     egreen@kantorlaw.net

15
   *Attorneys for Plaintiff*

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING EXTENSION OF TIME FOR
DEFENDANT UMH TO RESPOND TO THE
COMPLAINT - 2
CASE NO. 2:21-cv-01141
115616.0089/8660589.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107